**FILED**
June 30, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Joseph Hinojos_____
DEPUTY

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Edgar Berrios NAJERA (1)<br>Misael Hernandez RODRIGUEZ (2)<br>Braulio Murillo TRAVAREZ (3)<br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  **PE: 26-MJ-250**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of        April 27, 2026        in the county of        Presidio        in the
       West        District of        Texas        , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18  U.S.C. § 922(g)(5)<br>(1-3) | Possession of a firearm by an alien unlawfully present in the United States |

This criminal complaint is based on these facts:

See attached "Affidavit"

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Mashaun Montgomery ATF Special Agent
*Printed name and title*

Complaint sworn to telephonic ally and signed
electronically on this date.
FED.R.CRIM.P. 4.1(b)(2)(A)

_____
*Judge's signature*

Date:     6/30/2026

City and state:        Pecos,Texas                Honorable Judge David B. Fannin
*Printed name and title*

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

Your affiant, Mashaun Montgomery, first being duly sworn as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), does hereby depose and state as follows:

1. On or about June 27, 2026, at approximately 1600 hours, ATF Special Agent Montgomery responded to the Van Horn Border Patrol Station, within the Western District of Texas. ATF was notified that, on June 27, 2026, at approximately 0800 hours, United States Border Patrol (BP) Agents encountered Edgar Berrios NAJERA and Misael Hernandez RODRIGUEZ west of Presidio, Texas, near the United States-Mexico border.

2. BP Agents made contact with NAJERA and RODRIGUEZ, and both individuals stated that they did not have a legal basis to be in the United States. BP Agents observed two Avtomat Kalashnikova (AK)-style rifles on the ground near NAJERA and RODRIGUEZ. Both subjects were taken into custody, and BP Agents seized the firearms. Specifically, BP Agents seized one (1) Century Arms Model VSKA, 7.62 caliber rifle, bearing serial number SV7156239; one (1) Century Arms Model VSKA, 7.62 caliber rifle with an obliterated serial number; and two (2) magazines containing a total of fifty-three (53) rounds of 7.62 caliber ammunition.

3. On the same date, BP Agents also made contact with Braulio Murillo TRAVAREZ west of Presidio, Texas, near the United States-Mexico border. BP Agents advised that TRAVAREZ had previously been deported. BP Agents further stated that their investigation led them to determine that TRAVAREZ's border crossing was related to the border crossing of NAJERA and RODRIGUEZ.

4. On the same date, ATF and BP Agents conducted a custodial interview with NAJERA. During the interview, NAJERA stated that the rifles seized by BP Agents at the time of their arrest belonged to him and RODRIGUEZ. NAJERA advised that he did not know anything about the obliterated serial number and was not knowledgeable about firearms. NAJERA further advised that the firearms were in the same condition as when they were received from the cartel.

5. On the same date, ATF and BP Agents conducted a custodial interview with RODRIGUEZ. During the interview, RODRIGUEZ stated that the rifles seized by BP Agents near their persons belonged to him and NAJERA. RODRIGUEZ advised that he did not know anything about the obliterated serial number. RODRIGUEZ further advised that the firearms were in the same condition as when they were received from the cartel.

6. On the same date, ATF and BP Agents conducted a custodial interview with TRAVAREZ. TRAVAREZ stated that he was working for the cartel at a mountain observation post with NAJERA and RODRIGUEZ when he discovered that they had illegally crossed into the United States. TRAVAREZ stated that he then decided to cross into the United States as well. TRAVAREZ advised that he was in possession of an ArmaLite Rifle (AR)-style rifle when he crossed from Mexico into the United States. TRAVAREZ stated that he discarded the rifle in thick brush after crossing the border in order to better navigate the terrain.

TRAVAREZ advised that he discarded the rifle near the location where he later made contact with members of the United States military.

7. Prior to their custodial interviews, Agents advised RODRIGUEZ, NAJERA, and TRAVAREZ of their Statement of Rights. Each subject stated that he understood his rights, verbally waived his right to have an attorney present during questioning, and signed an Advice of Rights and Waiver form.

8. BP Agents confirmed the immigration status of the above-mentioned individuals and determined that each was illegally present in the United States.

9. On June 28, 2026, BP Agents searched for the weapon possessed by TRAVAREZ. Near Faulkner, west of Presidio, Texas, in the area where TRAVAREZ stated he had crossed the border, BP Agents located one (1) black AR-style rifle. The manufacturer, model, and serial number had been removed from the rifle. BP Agents also recovered three (3) magazines containing a total of fifty-one (51) rounds of .223 caliber ammunition.

10. An ATF Interstate Nexus Expert determined that the Century Arms Model VSKA, 7.62 caliber rifle bearing serial number SV7156239; the Century Arms Model VSKA, 7.62 caliber rifle with an obliterated serial number; the fifty-three (53) rounds of 7.62 caliber ammunition; the AR style rifle with an obliterated serial number and the fifty-one (51) rounds of .223 caliber ammunition were not manufactured in Texas, thereby affecting interstate commerce.  All rifles were brought by Defendants from Mexico into the United States, based on their own admissions, therefore, all rifles were transported in interstate and foreign commerce by Defendants.

11. This affidavit is submitted for the purpose of establishing probable cause as set forth herein. I have not included every fact known to me concerning this investigation. Based on the foregoing facts and circumstances, your affiant believes that probable cause exists to believe that Edgar Berrios NAJERA, Braulio Murillo TRAVAREZ, and Misael Hernandez RODRIGUEZ, all of whom are illegal aliens, knowingly possessed firearms and ammunition affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5).

ATF Special Agent Mashaun Montgomery